Thomas STACY, Appellant, v. UNITED STATES of America, Appellee.

No. 6608.

Circuit Court of Appeals, Ninth Circuit.

Sept. 15, 1931.

Before WILBUR and SAWTELLE, Circuit Judges, and WEBSTER, District Judge.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, ordered appeal dismissed; mandate forthwith.

■

Thomas H. TRACY et al. v. LANDOVER HOLDING CO. et al.

No. 5317.

Circuit Court of Appeals, Sixth Circuit.

June 30, 1931.

Tracy, Chapman & Welles, of Toledo, Ohio, for appellants.

Cotton, Franklin, Wright & Gordon, of New York City, for appellees.

PER CURIAM.

Agreed order of settlement entered pursuant to stipulation of counsel.

■

George (alias Doc) TRUSLEY v. UNITED STATES of America.

No. 5884.

Circuit Court of Appeals, Sixth Circuit.

May 15, 1931.

Rankin, Frazier & Roberts, of Chattanooga, Tenn., for appellant.

W. J. Carter, U. S. Atty., of Knoxville, Tenn.

PER CURIAM.

Judgment of District Court affirmed by court order.